UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:21-cr-66-SPC-KCD

JESUS ALEXIS VAZQUEZ

### ORDER

Before the Court is Defendant Jesus Alexis Vazquez's Motion to Require Charlotte County Jail to Allow Visitation by the Defense Mental Health Expert for the Purpose of Conducting a Mental Health Evaluation. (Doc. 182). Counsel has retained Dr. Marele Orozco to provide a mental health and competency evaluation of Vazquez. Dr. Orozco will need to meet with the defendant in a private room - with a table and chairs, as well as an electrical outlet for her laptop - at the Charlotte County Jail on April 7, 2025, from 9:00 a.m. to 1:00 p.m.

In considering the motion, the Court finds good reason to allow Dr. Orozco to meet with the defendant. Dr. Orozco must provide any necessary identification and follow Charlotte County Jail's procedures while at the facility.

Accordingly, it is now

**ORDERED:**

Defendant Jesus Alexis Vazquez's Motion to Require Charlotte County Jail to Allow Visitation by the Defense Mental Health Expert for the Purpose of Conducting a Mental Health Evaluation (Doc. 182) is **GRANTED**. Dr. Orozco is **AUTHORIZED** to evaluate Defendant on **April 7, 2025, from 9:00 a.m. to 1:00 p.m** at the Charlotte County Jail.

**DONE AND ORDERED** in Fort Myers, Florida on March 21, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record